P. FRIGO *v.* ROBBINS.

G. FRIGO *v.* SAME.

MARTINELLI *v.* SAME.

FIORE *v.* SAME.

These cases are controlled by *Palchi* v. *Robbins, ante,* 411.

Appeal from Ottawa; Miles (Fred T.), J. Submitted April 10, 1935. (Docket Nos. 98–101, Calendar Nos. 38,272–38,275.) Decided September 10, 1935.

Four separate attachment proceedings with accompanying suits in assumpsit by Pietro Frigo, Giovanni Frigo, Egidio Martinelli, and Micolangelo Fiore, against Margaret K. Robbins for liability as owner of stock in an Illinois banking corporation. Hunter S. Robbins intervened in all cases as party defendant. From orders granting motions to dismiss by defendant and intervener, plaintiffs appeal. Reversed.

*Louis H. Osterhous,* for plaintiffs.

*Leo C. Lillie* and *Howard W. Fant,* for defendant and intervener.

PER CURIAM. The facts in these cases are similar to those in *Palchi* v. *Robbins, ante,* 411, and decision is controlled thereby.

The orders of dismissal are reversed and set aside and the causes remanded to the circuit court for further proceedings.